Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

December 14, 20 22

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBBY LEE ROBINSON,

    Defendant.

NO. CR22-212 TL

INDICTMENT

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of Firearms)

On or about November 8, 2022, in King County, within the Western District of
Washington, ROBBY LEE ROBINSON, knowing he had been convicted of the
following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Unlawful Possession of a Firearm*, in United States District Court
for the Western District of Washington, under case number CR15-
00028 MJP, on or about January 30, 2018; and

    ii.    *Assault in the Second Degree*, in Pierce County Superior Court in the State
of Washington, under case number 08-1-01047-5, on or about November 6,
2008;

Indictment - 1
*United States v. Robinson*
USAO No. 2022R01343

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Smith & Wesson .357 Magnum caliber revolver, and a Taurus .22LR caliber revolver, both of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, ROBBY LEE ROBINSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

- a Smith & Wesson .357 Magnum caliber revolver;
- a Taurus .22LR caliber revolver;
- Thirteen (13) live rounds of .357 Magnum caliber ammunition with headstamp markings "SIG 357 MAG;" and
- Six (6) live rounds of .22LR caliber ammunition with a headstamp marking "C."

//

//

//

Indictment - 2
*United States v. Robinson*
USAO No. 2022R01343

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   **Substitute Assets.** If any of the above-described forfeitable property, as a result of

2   any act or omission of the defendants,

3       a.   cannot be located upon the exercise of due diligence;

4       b.   has been transferred or sold to, or deposited with a third party;

5       c.   has been placed beyond the jurisdiction of the Court;

6       d.   has been substantially diminished in value; or,

7       e.   has been commingled with other property which cannot be divided

8            without difficulty;

9   it is the intent of the United States to seek the forfeiture of any other property of the

10  defendant, up to the value of the above-described forfeitable property, pursuant to

11  Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 12/14/22

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

NICHOLAS W. BROWN
United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

NICHOLAS MANHEIM
Assistant United States Attorney

Indictment - 3
*United States v. Robinson*
USAO No. 2022R01343