Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBBY LEE ROBINSON,

    Defendant.

No. CR 22 – 212 TL

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXCLUDE NAME OF PRIOR CONVICTION

Defendant's unopposed motion to exclude name of prior conviction came on regularly for hearing, and, the Court being fully advised, the motion is GRANTED, and

IT IS HEREBY ORDERED that the defendant's proposed stipulation regarding the felon in possession count [**The defendant knew that, prior to November 8, 2022, he had been convicted of a crime punishable by a term of imprisonment exceeding one year.**] is accepted; and

[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO EXCLUDE NAME OF PRIOR
CONVICTION – 1

IT IS FURTHER ORDERED that the identity of the prior conviction used as a predicate for the felon in possession count is excluded, as well as any evidence concerning the nature of the predicate felony offense.

ORDERED this 9th day of August, 2023.

*[signature]*

Tana Lin
United States District Judge