Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22 – 212 TL |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTIONS *IN LIMINE* |
| v. | |
| ROBBY LEE ROBINSON, | |
| Defendant. | |

Defendant's agreed motions *in limine* came on for hearing, and, the Court being fully advised, the agreed motions are GRANTED, and;

IT IS HEREBY ORDERED:

1.   Nonparty witnesses shall be excluded from the courtroom until their testimony has been completed, and all witnesses shall be instructed not to listen to the proceedings, whether in person or remotely, until their testimony has been completed.

2.   Witnesses are ordered not to discuss their testimony or other matters related to the case with other witnesses, but experts shall be allowed to consult others.

3.   Testimony and arguments regarding the defendant's non-testimonial demeanor shall be excluded.

4.    Testimony and arguments directly or indirectly implying a personal belief in the defendant's guilt shall be excluded.

5.    Testimony & arguments regarding gangs or gang affiliations shall be excluded.

6.    Testimony & arguments regarding the defendant's failure to produce evidence shall be excluded.

7.    Parties shall give each other notice of their expected witnesses the day before calling them to testify.

8.    Parties shall disclose to each other any exhibits, videos, photographs, or computer slide shows the day before using them in opening statement.  The parties should endeavor to do the same, if possible, before closing argument.

9.    Defense counsel should be allowed to bring food and liquids into the United States Courthouse for the duration of the trial.

10.   Counsel for each party shall be required to inform his or her witnesses of pertinent rulings by this court on motions *in limine* and to direct each witness to abide by those rulings before each witness testifies at trial.

ORDERED this 9th day of August, 2023.

Tana Lin
United States District Judge