Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBBY LEE ROBINSON<br><br>Defendant. | NO. CR 22-212 TL<br><br>[Proposed]<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
|---|---|

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response in Opposition to Defendant's Motion to Dismiss Indictment that does not exceed 28 pages in length.

DATED this 17th day of August, 2023.

_____
Tana Lin
United States District Judge

PRESENTED BY:
*/s/ Rachel Yemini*
RACHEL YEMINI
Assistant United States Attorney

Order Permitting Excess Pages - 1
*United States v. Robby Lee Robinson* / CR 22-212 TL