The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBBY LEE ROBINSON<br><br>Defendant. | NO. CR 22-212 TL<br><br>[PROPOSED]<br>**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT FOR MOTION TO PRECLUDE JUSTIFICATION DEFENSE**<br><br>NOTED: August 28, 2023 |

The Court, having considered the Government's Unopposed Motion for Leave to File Supplement Exhibit for Motion to Preclude Justification Defense, hereby GRANTS the Government's motion.

DATED this 29th day of August, 2023.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Rachel Yemini*
RACHEL YEMINI

PROPOSED ORDER
*U.S. v. Robinson,* CR22-212TL