The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBBY LEE ROBINSON<br><br>Defendant. | NO. CR 22-212 TL<br><br>[PROPOSED]<br>**ORDER GRANTING GOVERNMENT'S MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES**<br><br>NOTED: August 28, 2023 |

The Court, having considered the Government's Motion to File a Brief in Excess of Twelve Pages, hereby GRANTS the Government's motion.

DATED this 29th day of August, 2023.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Rachel Yemini*
RACHEL YEMINI

PROPOSED ORDER
*U.S. v. Robinson,* CR22-212TL