1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11 | UNITED STATES OF AMERICA,     CASE NO. 2:22-cr-00212-TL

12 |                 Plaintiff,     ORDER

          v.

13 | ROBBY LEE ROBINSON,

14 |                 Defendant.

15

16

17        This matter is before the Court on Defendant Robby Lee Robinson's Motion to Compel

18   Election Between Multiplicitous Counts (Dkt. No. 46). After the motion was filed, the

19   Government obtained a second superseding indictment alleging all violations in a single count.

20   *See* Dkt. No. 60. Accordingly, the Court STRIKES the motion as moot.

21        Dated this 30th day of August 2023.

22

23   _____
     Tana Lin
24   United States District Judge