UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ROBBY LEE ROBINSON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-cr-00212-TL<br><br>ORDER ON MOTION *IN LIMINE*<br>RE: UNMASKING |

　　　This matter is before the Court on Defendant Robby Lee Robinson's Motion *in Limine* Re: Unmasking (Dkt. No. 45). Mr. Robinson seeks an order prohibiting prospective jurors, selected jurors, and trial witnesses from "wearing any mask, face shield, or other physical barrier" that "obstructs the view" of those individuals during various stages of the trial. Dkt. No. 45 at 1. The Government "takes no position" as to prospective and selected jurors, instead "deferring to the Court's good judgment." Dkt. No. 49 at 2. The Government agrees as to trial witnesses. *Id.* at 1.

ORDER ON MOTION
RE: UNMASKING - 1

Accordingly, the Court GRANTS the motion. However, the Court may revisit this issue in accordance with any developments regarding the coronavirus and the most recent guidance from public health authorities.

Dated this 31st day of August 2023.

Tana Lin
United States District Judge