UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBBY LEE ROBINSON,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cr-00212-TL<br><br>ORDER ON STIPULATED MOTIONS *IN LIMINE* |

This matter is before the Court on the Parties' Stipulated Motions *in Limine* (Dkt. No. 70).

The motions are GRANTED.

Dated this 5th day of September 2023.

　　　　　　　　　　　　　　　　　　　　　*/s/ Tana Lin*
　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON STIPULATED
MOTIONS *IN LIMINE* - 1