Hon. Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22 – 212 TL |
| Plaintiff, | DEFENDANT'S WITNESS LIST |
| v. | Trial: October 2, 2023 |
| ROBBY LEE ROBINSON, | |
| Defendant. | |

Defendant may call some or all of the following witnesses during his case-in-chief:

1. Defendant Robby Lee Robinson;

2. Dorothy Ristvet Robinson; and

3. Anyone identified as a potential witness or called to testify at trial by the USA.

Respectfully Submitted on September 13, 2023.

LAW OFFICES OF STEPHAN R. ILLA, INC., P.S.

Stephan R. Illa
    WSBA No. 15793
Attorney for Defendant

DEFENDANT'S WITNESS LIST – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142