The Hon. Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-212TL |
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | |
| ROBBY LEE ROBINSON, | |
| Defendant. | |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Stephen Hobbs and Rachel Yemini, Assistant United States Attorneys, files this Witness List identifying the witnesses that the government may call upon to testify at trial. The government reserves the right to call additional witnesses identified in discovery as necessary.

//
//
//
//
//

*United States v. Robinson,* CR22-212TL
Government's Witness List - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Witness | Agency |
| --- | --- |
| David Williams | N/A |
| Deputy Kevin Johnson | King County Sheriff's Office |
| Deputy Ryan Olmsted | King County Sheriff's Office |
| Trooper Nicholas Jones | Washington State Patrol |
| Detective Todd Early | Washington State Patrol |
| Sgt. Stacy Moate | Washington State Patrol |
| Trooper Brandon Meade | Washington State Patrol |
| Anna Schmidt | ATF |
| Catherine Cole | ATF |
| Forensic Examiner Lara Adams | FBI |

DATED this 18th day of September, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Stephen Hobbs*
STEPHEN HOBBS
RACHEL YEMINI
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4301
E-mail: stephen.p.hobbs@usdoj.gov

*United States v. Robinson,* CR22-212TL
Government's Witness List - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970