UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br><br>ROBBY LEE ROBINSON,<br><br>    Defendant. | CASE NO. 2:22-cr-00212-TL<br><br>ORDER |

This matter is before the Court *sua sponte*. On September 18, 2023, the Court held a pretrial conference in this matter. *See* Dkt. No. 107 (minute entry). At the conference, Mr. Robinson argued for the first time that he seeks to explore D.W.'s supervision on cross-examination because it goes to D.W.'s bias or interest as a testifying witness, invoking *Davis v. Alaska*, 415 U.S. 308 (1974). This argument was not raised in Mr. Robinson's response (Dkt. No. 88) to the Government's pending motion *in limine* on D.W.'s prior convictions (Dkt. No. 73), nor has it been raised at any other time by Mr. Robinson.

ORDER - 1

Accordingly, if Mr. Robinson still intends to pursue this line of cross-examination, he is DIRECTED to file a motion *in limine* **by Friday, September 22, 2023**, to assist the Court's determination of the issue before trial. The motion SHALL include all relevant citations to caselaw and federal rules. The Government is also DIRECTED to file a response **by Wednesday, September 27, 2023**. No reply shall be permitted.

Dated this 19th day of September 2023.

Tana Lin
United States District Judge

Order - 2